IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-069-RJC-DCK

| | |
|---|---|
| KAY BAIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GASTON COUNTY BOARD OF EDUCATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties notified the undersigned's chambers this morning that the parties have reached a settlement in this case. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 3, 2014**.

Signed: June 19, 2014

David C. Keesler
United States Magistrate Judge